388 A.2d 330

**COMMONWEALTH of Pennsylvania**

v.

**Carlin ADAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 14, 1977.

Decided July 14, 1978.

C. George Milner, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Michael R. Stiles, Asst. Dist. Atty., Chief, Appeals Div., Mark Sendrow, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

This appeal challenges an order of the trial court denying post conviction relief from prison sentences imposed following appellant's pleas of guilty to aggravated robbery and second degree murder.

It is argued: (1) the guilty pleas were motivated by the existence of a pretrial confession obtained under circumstances proscribed by the Constitution of the United States; and, (2) the guilty pleas were not knowing and intelligent.

We have studied the record and are convinced the complaints are devoid of merit.

Order affirmed.